IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DAVID K. HOSKINS, | ) | |
| | ) | CASE No. CV03-0449-S-LMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RANDY BLADES et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff and Defendants in this case stipulated to an extension of time through March 10, 2006 for Plaintiff Hoskins' disclosure of expert witnesses and to an extension through March 31, 2006 for the Defendants' disclosure of expert witnesses. (Docket No. 52). Based on the stipulation of the parties, it is hereby ORDERED:

1.     Plaintiff Hoskins shall have until **March 10, 2006** to disclose expert witnesses in this matter.

2.     Defendants shall have until **March 31, 2006** to disclose expert witnesses in this matter.



DATED: **March 14, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER - 1